No. 04–6240.  CRANE v. ALBERTELLI.  Ct. App. Ga.  Certiorari denied.

No. 04–6259.  HODGE ET VIR v. UNITED STATES POST OFFICE, LEXINGTON PARK, MARYLAND, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 04–6277.  WILLIAMS v. HARVEY, ATTORNEY GENERAL OF NEW JERSEY.  C. A. 3d Cir.  Certiorari denied.

No. 04–6288.  JENDRZEJEWSKI v. LAVIGNE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 04–6289.  KASEMYAN v. ASHCROFT, ATTORNEY GENERAL.  C. A. 9th Cir.  Certiorari denied.

No. 04–6301.  NICKERSON v. POTTER, POSTMASTER GENERAL.  C. A. 6th Cir.  Certiorari denied.

No. 04–6305.  DONALDSON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04–6309.  EADS v. INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 04–6321.  ANDERSON v. TURNER ENTERTAINMENT NETWORKS, INC.  C. A. 11th Cir.  Certiorari denied.

No. 04–6334.  DRABOVSKIY v. KENTUCKY BOARD OF MEDICAL LICENSURE.  Ct. App. Ky.  Certiorari denied.

No. 04–6360.  TIATIA v. ADAMS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–6374.  MCBRIDE v. BROWN, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–6383.  MANYPENNY v. MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 04–6399.  NELSON v. HAMILTON ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–6414.  KOGER v. KAPLAN, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.